SELMAR GARAGE CORP., Appellant, v. RINK REALTY CORPORATION, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate and Murphy, JJ. [See 284 App. Div. 1064; *post*, p. 903.]

LUDMILA STRUMINSKI, Appellant, v. THOMAS R. STRUMINSKI, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

348 TOMPKINS AVENUE REALTY CORP., Respondent, v. LOUISE JACKSON, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present— Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

THOMAS VULPIS, Appellant, v. PASQUALE BIFULCO, Respondent.— Motion referred to the court that rendered the decision. Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1069.]

GRACE C. BENNETT, Appellant, v. CHARLES E. BENNETT, Respondent. — Order denying appellant's motion, without prejudice to the institution of a plenary action, to vacate a stipulation discontinuing an action for a separation, to set aside a separation agreement, and for other relief, affirmed, without costs. No opinion. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

GRACE C. BENNETT, Appellant, v. CHARLES E. BENNETT, Respondent. — In an action to impress a trust on real property, order directing the Sheriff of Nassau County to enforce the provisions of a judgment, entered on the stipulation of the parties, affirmed, without costs. No opinion. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

FRANCES BUGLIONE, Respondent, v. DOMINICK BUGLIONE, Appellant.— In this action, defendant moved to vacate the final judgment of divorce on the grounds that he had not been personally served with process and had not authorized any attorney to appear for him in the action. This appeal is from the order, entered after a hearing before an Official Referee, denying said motion. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

SIDNEY EISENBERG, as Administrator of the Estate of DORA EISENBERG, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— In this action to recover damages for the wrongful death of plaintiff's intestate and for conscious pain and suffering, the trial court dismissed the cause for wrongful death at the